UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT THIERRY,<br><br>        Plaintiff,<br><br>   v.<br><br>WARDEN, CMC,<br><br>        Defendant. | No. 2:23-cv-2258 CKD P<br><br><br>ORDER |

      Mr. Thierry has submitted a letter to Chief Judge Mueller complaining about conditions of confinement at the California Mens Colony in San Luis Obispo. No pleadings have been filed. If plaintiff wishes to commence a civil action he must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a).

      Plaintiff is informed that if he wishes to commence a lawsuit concerning conditions of confinement concerning the conditions of confinement at the California Mens Colony, most likely the proper court would be the United States District Court for the Central District of California as the California Mens Colony lies within the geographic jurisdiction of that court.

---

[1] If leave to proceed in forma pauperis is granted, plaintiff will still be required to pay the filing fee, but will be permitted to pay it in installments.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days to file a complaint. The complaint must bear the docket number assigned this case. Plaintiff shall also submit, within thirty days, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $402.00. Plaintiff's failure to comply with this order will result in this case being closed.

2. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

Dated: October 11, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thie2258.noc

2