UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT THIERRY, | No.  2:23-cv-2258 CKD P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN, CMC, | |
| Defendant. | |

In October, 2023, Mr. Thierry submitted a letter to Chief Judge Mueller complaining about conditions of confinement at the California Mens Colony in San Luis Obispo.  On October 11, 2023, the court informed plaintiff that if he wishes to commence a civil action he must, within 30 days, file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.  Plaintiff was warned that failure to comply would result in this case being closed.  Plaintiff has not filed a complaint, an application to proceed in forma pauperis, nor the filing fee.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this action.

Dated:  November 27, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thie2258.cl

1